# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KIREEM J JETER,** | ] |
| **Plaintiff,** | ] |
| v. | ] 2:20-cv-00470-ACA |
| **CITY OF BIRMINGHAM,** | ] |
| **Defendant.** | ] |

## FINAL JUDGMENT

Consistent with the accompanying memorandum opinion, the court **GRANTS** Defendant City of Birmingham's motion for summary judgment and **ENTERS SUMMARY JUDGMENT** in the City's favor and against Plaintiff Kireem Jeter. The court **DENIES** Mr. Jeter's motion for summary judgment.

**DONE** and **ORDERED** this November 18, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE